HELLER EHRMAN LLP
PAUL ALEXANDER (SBN: 49997)
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: paul.alexander@hellerehrman.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN: 161074)
ELISA DELLA-PIANA (SBN: 226462)
131 Steuart Street
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
E-mail: osellstrom@lccr.com

ACLU OF NORTHERN CALIFORNIA
ALAN SCHLOSSER (SBN: 49957)
MICHAEL T. RISHER (SBN: 191627)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
E-mail: mrisher@aclunc.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA: FRESNO DIVISION

| | |
|---|---|
| Pamela Kincaid, Doug Deatherage, Charlene Clay, Cynthia Greene, Joanna Garcia, and Randy Johnson, Individually on Behalf of Themselves and All Others Similarly Situated,<br>Plaintiffs,<br><br>v.<br><br>City of Fresno, California Department of Transportation, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, and Will Kempton, individually and in their official capacities; DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 1:06-CV-1445-OWW-SMS<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER RE PRELIMINARY INJUNCTION HEARING** |

Heller Ehrman LLP

PDF created with pdfFactory trial version www.pdffactory.com

Having considered plaintiffs' complaint, memorandum of points and authorities, declarations and related documentation submitted by the parties,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Pending development of a full evidentiary record at a hearing on motion for preliminary injunction, the City of Fresno, and its Police Department, and all those acting for, under and/or in concert with them or who have actual notice of this order, are temporarily restrained and enjoined from immediately destroying the property of homeless persons during protective sweeps, activities to remove homeless persons from temporary shelter sites, or other activities to seize the personal property of homeless persons, without providing constitutionally adequate notice and meaningful opportunity to be heard concerning the seizure and destruction of such personal property.

2. Defendant City of Fresno shall file and serve its opposition to plaintiffs' Motion for Preliminary Injunction on or before November 1, 2006. Plaintiffs' shall file and serve any Reply to this response on or before November 6, 2006. A hearing is hereby set for consideration of the Motion for Preliminary Injunction for November 7, 2006, commencing at 9:00 a.m. before Judge Oliver W. Wanger unless otherwise ordered.

3. Pending the hearing on the Motion for Preliminary Injunction, plaintiffs are exempted from the requirement to post a bond.

Dated: 10/25/2006               /s/ Oliver W. Wanger  
                                Oliver W. Wanger  
                                United States District Judge

Heller Ehrman LLP

PDF created with pdfFactory trial version www.pdffactory.com