UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KINCAID, DOUG DEATHERAGE, CHARLENE CLAY, CYNTHIA GREENE, JOANNA GARCIA, AND RANDY JOHNSON, INDIVIDUALLY ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, CALIFORNIA DEPARTMENT OF TRANSPORTATION, ALAN AUTRY, JERRY DYER, GREG GARNER, REYNAUD WALLACE, JOHN ROGERS, PHILLIP WEATHERS AND WILL KEMPTON, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES; DOES 1-100, INCLUSIVE,<br><br>　　　　Defendants. | 1:06-cv-1445 OWW<br><br>ORDER TO SUBMIT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AFTER HEARING ON PRELIMINARY INJUNCTION |

　　The Plaintiffs shall submit proposed findings of fact and conclusions of law relative to the issuance of a preliminary injunction on or before November 29, 1006.

IT IS SO ORDERED.

**Dated:    November 22, 2006**　　　　　　　/s/ Oliver W. Wanger
emm0d6　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1