# BETTS & WRIGHT

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

7108 NORTH FRESNO STREET
SUITE 460
FRESNO, CALIFORNIA 93720

JANET L. WRIGHT
JAMES B. BETTS
JOSEPH D. RUBIN

TELEPHONE
559-438-8500
TELEFAX
559-438-6959

MAILING ADDRESS:
P.O. BOX 28550
FRESNO, CA 93729

November 30, 2006

The Honorable Oliver W. Wanger
U.S. District Court   Eastern District
2500 Tulare Street
Fresno, CA 93721

RE:   Kincaid, et al. v. City of Fresno, et al.
      U.S.D.C. Case No. 1:06-CV-1445-OWW-SMS

Dear Judge Wanger:

As you already may be aware, the parties have been able to negotiate an agreed upon Proposed Order, save and except for Paragraph No. 1.  As a result, the Proposed Order forwarded to the Court this morning contains two alternative paragraphs.

On behalf of the City, we believe the Court's ruling prohibits the City from seizing and summarily destroying the personal property of the homeless.  As we understand the Court's ruling, the City may continue to conduct clean up efforts, so long as it provides adequate notice and a meaningful opportunity to recover any personal property which may be collected by the City before it is destroyed.  Thus, the City's proposed Paragraph No. 1 enjoins the City from  seizing and destroying the personal property of the homeless . . . without providing constitutionally adequate written notice and a meaningful opportunity to claim and recover the property. . . .

Plaintiffs' proposal, on the other hand, would appear to prevent the City from collecting personal property as part of a clean up effort, even if such property is stored and made available to be reclaimed.  Consequently, we believe that Plaintiffs' proposal exceeds the relief which was intended to be encompassed within the Court's ruling.

Very truly yours,

James B. Betts
**BETTS & WRIGHT**

JBB:lkf
cc:   Paul Alexander, Esq. (via facsimile)