FILED
DEC 19 2006
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KINCAID, DOUG DEATHERAGE, CHARLENE CLAY, CYNTHIA GREENE, JOANNA GARCIA, AND RANDY JOHNSON, INDIVIDUALLY ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, CALIFORNIA DEPARTMENT OF TRANSPORTATION, ALAN AUTRY, JERRY DYER, GREG GARNER, REYNAUD WALLACE, JOHN ROGERS, PHILLIP WEATHERS AND WILL KEMPTON, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES; DOES 1-100, INCLUSIVE, <br><br> Defendants. | 1:06-cv-1445 OWW SMS <br><br> ERRATA TO STATEMENT OF DECISION AND FINDINGS RE: PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION |

The Statement of Decision and Findings re: Plaintiffs' Application for a Preliminary Injunction filed December 8, 2006, is modified as follows:

At page 29:22 change "October" to "August."

At page 31:2 change "August 22" to "August 25"

SO ORDERED.

DATED:   December 18, 2006.

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

1