HELLER EHRMAN LLP
PAUL ALEXANDER (SBN: 49997)
MELYSSA E. MINAMOTO (SBN: 245458)
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: paul.alexander@hellerehrman.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN: 161074)
ELISA DELLA-PIANA (SBN: 226462)
131 Steuart Street
San Francisco, CA  94105
Telephone:  (415) 543-9444
Facsimile:  (415) 543-0296
E-mail:  osellstrom@lccr.com

ACLU OF NORTHERN CALIFORNIA
ALAN SCHLOSSER (SBN: 49957)
MICHAEL T. RISHER (SBN: 191627)
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
E-mail:  mrisher@aclunc.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA:

FRESNO DIVISION

| | |
|---|---|
| Pamela Kincaid, Doug Deatherage, Charlene Clay, Cynthia Greene, Joanna Garcia, and Randy Johnson, Individually on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, Will Kempton, James Province, and Daryl Glenn, individually and in their official capacities;  DOES 1-100, inclusive,<br><br>Defendants. | Civil Action No.: 06-CV-1445-OWW<br><br>**STIPULATION AND ORDER AMENDING MARCH 6, 2007 SCHEDULING ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiffs, Defendants City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, and Phillip Weathers, and Defendants Will Kempton, James Province and Daryl Glenn, through their respective attorneys of record as follows:

1. Paragraphs 2(a) and (b), and paragraph 3 of the March 6, 2007, Scheduling Order are hereby amended to provide that each party may submit written discovery to the other commencing on May 1, 2007, that responses to that discovery will be due on May 31, 2007, and the parties will endeavor to resolve any disputes pertaining to written discover by June 30, 2007, if possible.

Dated: March 28, 2007

HELLER EHRMAN LLP,
LAWYERS' COMMITTEE FOR CIVIL RIGHTS,
ACLU FOUNDATION OF NORTHERN CALIFORNIA

By /s/ Paul Alexander
    Paul Alexander
    Attorneys for Plaintiffs

Dated: March 28, 2007         BETTS & WRIGHT, A Professional Corporation

By _____
    James B. Betts
    Attorneys for Defendants City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, and Phillip Weathers

Dated: March 28, 2007

By _____
    David P. Harris
    Attorneys for Defendants Will Kempton, James Province and Daryl Glenn

Heller Ehrman LLP

PDF created with pdfFactory trial version www.pdffactory.com

1
2      IT IS SO ORDERED.
3
4
5      Dated: 3/27/07                    /s/ Oliver W. Wanger
                                         Honorable Oliver W. Wanger
6
7
8
...
28

Heller
Ehrman LLP

3

STIPULATION AND PROPOSED ORDER RE MARCH 6, 2007, SCHEDULING ORDER Case No. 06-CV-1445-O22

PDF created with pdfFactory trial version www.pdffactory.com