HELLER EHRMAN LLP
PAUL ALEXANDER (SBN 49997)
MELYSSA E. MINAMOTO (SBN 245458)
275 Middlefield Rd.
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: paul.alexander@hellerehrman.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN 161074)
ELISA DELLA-PIANA (SBN 226462)
131 Steuart Street
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
E-mail: osellstrom@lccr.com

ACLU OF NORTHERN CALIFORNIA
ALAN L. SCHLOSSER (SBN 49957)
MICHAEL T. RISHER (SBN 191627)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
E-mail: mrisher@aclunc.org

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA: FRESNO DIVISION

| | |
|---|---|
| Pamela Kincaid, Doug Deatherage, Charlene Clay, Cynthia Greene, Joanna Garcia, Randy Johnson, Sandra Thomas, Alphonso Williams, and Jeannine Nelson, Individually on Behalf of Themselves and All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>v.<br><br>City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, Will Kempton, James Province, Daryl Glenn, Individually and in Their Official Capacities; DOES 1-100, inclusive,<br><br>                        Defendant. | Civil Action No.: 06-CV-1445-OWW<br><br>**STIPULATION RE DEADLINE TO RESOLVE WRITTEN DISCOVERY DISPUTES** |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants the City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, and Phillip Weathers, through their attorneys of record as follows:

1. Paragraph 2(b) of the March 6, 2007, Scheduling Order is hereby amended to provide that Plaintiffs and Defendants the City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, and Phillip Weathers shall endeavor to resolve any disputes pertaining to written discovery by July 17, 2007, if possible.

Dated: July 5, 2007

HELLER EHRMAN LLP,
LAWYERS' COMMITTEE FOR CIVIL RIGHTS,
ACLU FOUNDATION OF NORTHERN CALIFORNIA

By /s/ Paul Alexander
   Paul Alexander
   Attorneys for Plaintiffs

Dated: July 5, 2007

By /s/ James B. Betts
   James B. Betts
   Attorneys for Defendants the City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED.**

**Dated: __7/3/2007_____**                                  **__/s/ Oliver W. Wanger_____**
                                                                 **UNITED STATES DISTRICT JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com