HELLER EHRMAN LLP
PAUL ALEXANDER (SBN 49997)
MELYSSA E. MINAMOTO (SBN 245458)
275 Middlefield Rd.
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: paul.alexander@hellerehrman.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN 161074)
ELISA DELLA-PIANA (SBN 226462)
131 Steuart Street
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
E-mail: osellstrom@lccr.com

ACLU OF NORTHERN CALIFORNIA
ALAN L. SCHLOSSER (SBN 49957)
MICHAEL T. RISHER (SBN 191627)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
E-mail: mrisher@aclunc.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA:  FRESNO DIVISION

| | |
|---|---|
| Pamela Kincaid, Doug Deatherage, Charlene Clay, Cynthia Greene, Joanna Garcia, Randy Johnson, Sandra Thomas, Alphonso Williams, and Jeannine Nelson, Individually on Behalf of Themselves and All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>    v.<br><br>City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, Will Kempton, James Province, Daryl Glenn, Individually and in Their Official Capacities; DOES 1-100, inclusive,<br><br>               Defendant. | Civil Action No.: 06-CV-1445-OWW<br><br>**STIPULATION AND ORDER EXTENDING DATE TO FILE PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

Heller
Ehrman LLP

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants the City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, Will Kempton, James Province, and Daryl Glenn, through their attorneys of record as follows:

1.   Section X, Paragraph 1 of the March 6, 2007, Scheduling Order is hereby amended to provide that Plaintiffs shall file and serve Plaintiffs' Reply Memorandum Of Points And Authorities In Support Of Motion For Class Certification upon Defendants the City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, Will Kempton, James Province, and Daryl Glenn, on July 11, 2007.

Dated: July 10, 2007                    HELLER EHRMAN LLP,
                                        LAWYERS' COMMITTEE FOR CIVIL RIGHTS,
                                        ACLU FOUNDATION OF NORTHERN
                                        CALIFORNIA


                                        By /s/ Paul Alexander
                                           Paul Alexander
                                           Attorneys for Plaintiffs


Dated: July 10, 2007

                                        By /s/ James B. Betts
                                           James B. Betts
                                           Attorneys for Defendants the City of Fresno, Alan
                                           Autry, Jerry Dyer, Greg Garner, Reynaud
                                           Wallace, John Rogers, Phillip Weathers


Dated: July 10, 2007

                                        By /s/ Matthew B. George
                                           Matthew B. George
                                           Attorneys for Defendants Will Kempton, James
                                           Province, Daryl Glenn

Heller
Ehrman LLP

1

PDF created with pdfFactory trial version www.pdffactory.com

1
2

**IT IS SO ORDERED.**

3

**Dated: __7/10/2007_____**                    **__/s/ Oliver W. Wanger_____**
                                                                            **UNITED STATES DISTRICT JUDGE**

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Heller
Ehrman LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO FILE PLAINTIFFS' REPLY
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com