HELLER EHRMAN LLP
PAUL ALEXANDER (SBN 49997)
MELYSSA E. MINAMOTO (SBN 245458)
275 Middlefield Rd.
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: paul.alexander@hellerehrman.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN 161074)
ELISA DELLA-PIANA (SBN 226462)
131 Steuart Street
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
E-mail: osellstrom@lccr.com

ACLU OF NORTHERN CALIFORNIA
ALAN L. SCHLOSSER (SBN 49957)
MICHAEL T. RISHER (SBN 191627)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
E-mail: mrisher@aclunc.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA:  FRESNO DIVISION

| | |
|---|---|
| Pamela Kincaid, Doug Deatherage, Charlene Clay, Cynthia Greene, Joanna Garcia, Randy Johnson, Sandra Thomas, Alphonso Williams, and Jeannine Nelson, Individually on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, Will Kempton, James Province, Daryl Glenn, Individually and in Their Official Capacities; DOES 1-100, inclusive,<br><br>Defendant. | Civil Action No.: 06-CV-1445-OWW<br><br>**ORDER RE: NOTICE OF PENDENCY OF CLASS ACTION AND PLAN FOR DISTRIBUTION OF CLASS NOTICE** |

This matter came before the Court at a Hearing on Class Notice on September 17, 2007, at 11:00 a.m., pursuant to this Court's Decision And Order Granting Plaintiffs' Motion To Certify Class of August 14, 2007.

Approval of the form and content of the Class Notice is HEREBY GRANTED and IT IS HEREBY ORDERED as follows:

**1. Proposed Form and Content of Notice.** On September 17, 2007, at 11:00 a.m., all parties appeared before the Court for the Hearing on Class Notice. The Class Notice attached as Exhibit A shall be distributed to Class Members as a one-page notice with text on both sides of the page, and an attached form of election to be excluded from the Class. This Notice shall also be translated into Spanish, which all Defendants shall have the opportunity to review prior to distribution.

**2. Plan for Communicating Notice to the Class.** Plaintiffs shall distribute the Notice in the following manner:

(a) Plaintiffs shall make a reasonable and diligent effort to personally provide the Notice to potential class members at the tents or other shelters of homeless people that can be located with reasonable effort in the City of Fresno;

(b) Plaintiffs shall provide copies of the Notice to the St. Benedict Catholic Worker, the Poverello House, Naomi's House and the Fresno Rescue Mission for distribution to homeless persons who come into contact with those organizations;

(c) Plaintiffs shall publish the Notice in the Community Alliance, a free newspaper that is generally distributed to and read by homeless persons, among others; and

(d) To the extent that Class Members have a known mailing address, Plaintiffs shall mail the Notice to that known address by first class mail.

**3. Timing of Notice.** Plaintiffs shall begin providing notice in the manner described above within five (5) days after receiving the Court's Order approving the form and content of the Notice and will complete their efforts to provide notice within approximately sixty (60) days thereof. Plaintiffs' counsel shall advance the costs of notice, which they will claim as a recoverable cost in this matter.

Heller Ehrman LLP

2

[PROPOSED] ORDER RE: NOTICE OF PENDENCY OF CLASS ACTION AND PLAN FOR DISTRIBUTION OF CLASS NOTICE

PDF created with pdfFactory trial version www.pdffactory.com

**4. Certification That Notice Has Been Completed.** Within thirty (30) days of the conclusion of the mailing, distribution, posting, and publishing of all notice, Class Counsel shall file and serve a sworn declaration specifying that Class Notice has been provided to members of the Class in the manner identified in Section Two *supra*.

**5. Administration of Notice**. Class Counsel shall record any opt-outs that are received and maintain copies of any opt-out forms that are received. Class Counsel shall notify the Court and the Defendants of the identity of any potential Class member who requests to opt out as a Class member. Class Counsel shall retain copies of any communications it receives in response to the Class Notice until the final conclusion of the litigation. The Class may apply to seek and send supplemental notice in the event that additional potential Class members are discovered who should be included in the Class as approved by the Court's Order dated August 14, 2007.

6. **Miscellaneous.** To avoid confusion among class members, and by the agreement of all parties, this case shall remain titled *Kincaid, et al. v City of Fresno, et al.*, despite Ms. Kincaid's death.

IT IS SO ORDERED.

Dated: September 28, 2007         _/s/ OLIVER W. WANGER____
                                  UNITED STATES DISTRICT JUDGE

Heller Ehrman LLP

[PROPOSED] ORDER RE: NOTICE OF PENDENCY OF CLASS ACTION AND PLAN FOR DISTRIBUTION OF CLASS NOTICE

PDF created with pdfFactory trial version www.pdffactory.com

1  [Exhibit A]
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Heller
Ehrman LLP

4

[PROPOSED] ORDER RE: NOTICE OF PENDENCY OF CLASS ACTION AND PLAN FOR DISTRIBUTION OF CLASS NOTICE

PDF created with pdfFactory trial version www.pdffactory.com