HELLER EHRMAN LLP
PAUL ALEXANDER (SBN: 49997)
MELYSSA E. MINAMOTO (SBN: 245458)
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: paul.alexander@hellerehrman.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN: 161074)
ELISA DELLA-PIANA (SBN: 226462)
131 Steuart Street
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
E-mail: osellstrom@lccr.com

ACLU OF NORTHERN CALIFORNIA
ALAN SCHLOSSER (SBN: 49957)
MICHAEL T. RISHER (SBN: 191627)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
E-mail: mrisher@aclunc.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA:

FRESNO DIVISION

| | |
|---|---|
| Pamela Kincaid, Doug Deatherage, Charlene Clay, Cynthia Greene, Joanna Garcia, and Randy Johnson, Individually on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, Will Kempton, James Province, and Daryl Glenn, individually and in their official capacities; DOES 1-100, inclusive,<br><br>Defendants. | Civil Action No.: 06-CV-1445-OWW<br><br>**STIPULATION AND ORDER AMENDING MARCH 6, 2007 SCHEDULING ORDER**<br><br>**NOTE: PRETRIAL CONFERENCE 5/19/2008 at 11:00 AM** |

IT IS HEREBY STIPULATED by and between Plaintiffs, Defendants City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, and Phillip Weathers, and Defendants Will Kempton, James Province and Daryl Glenn, through their respective attorneys of record as follows:

1. Section X of the March 6, 2007 Scheduling Order is hereby amended to provide that expert discovery of the expert witnesses previously identified by plaintiffs and by the City of Fresno defendants may be completed by May 9, 2008.

2. Section XII of the March 6, 2007 Scheduling Order is hereby amended to provide that the parties will file their Joint Pretrial Statement May 19, 2008 and that the Pre-Trial Conference will be held on May 19, 2008, at 11:00 a.m.

Dated: May 2, 2008        HELLER EHRMAN LLP,
                          LAWYERS' COMMITTEE FOR CIVIL RIGHTS,
                          ACLU FOUNDATION OF NORTHERN
                          CALIFORNIA


                          By /s/ Paul Alexander
                             Paul Alexander
                             Attorneys for Plaintiffs


Dated: May 2, 2008        BETTS & WRIGHT, A Professional Corporation


                          By _____
                             James B. Betts
                             Attorneys for Defendants City of Fresno, Alan
                             Autry, Jerry Dyer, Greg Garner, Reynaud
                             Wallace, John Rogers, and Phillip Weathers

Dated: May 2, 2008

                          By _____
                             David P. Harris
                             Attorneys for Defendants Will Kempton, James
                             Province and Daryl Glenn

2

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3    IT IS SO ORDERED.
4
5    Dated: May 2, 2008                    /s/ OLIVER W. WANGER
6                                          Honorable Oliver W. Wanger
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Heller
Ehrman LLP

3

PDF created with pdfFactory trial version www.pdffactory.com