HELLER EHRMAN LLP
PAUL ALEXANDER (SBN 49997)
MELYSSA E. MINAMOTO (SBN 245458)
275 Middlefield Rd.
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: paul.alexander@hellerehrman.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN 161074)
ELISA DELLA-PIANA (SBN 226462)
131 Steuart Street
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
E-mail: osellstrom@lccr.com

ACLU OF NORTHERN CALIFORNIA
ALAN L. SCHLOSSER (SBN 49957)
MICHAEL T. RISHER (SBN 191627)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
E-mail: mrisher@aclunc.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA: FRESNO DIVISION

| | |
|---|---|
| Pamela Kincaid, Doug Deatherage, Charlene Clay, Cynthia Greene, Joanna Garcia, Randy Johnson, Sandra Thomas, Alphonso Williams, and Jeannine Nelson, Individually on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, Will Kempton, James Province, Daryl Glenn, Individually and in Their Official Capacities; DOES 1-100, inclusive,<br><br>Defendant. | Civil Action No.: 06-CV-1445-OWW<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY AGAINST THE CITY DEFENDANTS** |

Plaintiffs' motion for summary judgment came before this Court for hearing in Courtroom 3 on April 25, 2008 at 2:00 p.m.  Paul Alexander, Michael T. Risher and Elisa Della-Piana appeared on behalf of Plaintiffs and the Plaintiff Class.  Joseph D. Rubin appeared on behalf of defendants the City of Fresno, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers and Phillip Weathers (collectively the "City Defendants").  David P. Harris appeared on behalf of defendants James Province and Daryl Glenn.

Having fully considered the evidence and the written and oral submissions by the parties, Plaintiffs' motion for summary judgment as to liability against the City Defendants is GRANTED IN PART AND DENIED IN PART:

(1) Plaintiffs' motion is GRANTED as to Defendant the City of Fresno in that the 14 sweeps identified at pages 6-7 of the Court's May 12, 2008 Memorandum Decision and Order were conducted pursuant to an official policy and practice of the City that was in violation of the Fourth Amendment of the U.S. Constitution;

(2) Plaintiffs' motion is GRANTED as to Defendant the City of Fresno in that Plaintiffs will establish a violation of the Fourth Amendment of the U.S. Constitution as a matter of law by demonstrating at trial that the City Defendants seized and immediately destroyed the personal property of Plaintiffs;

(3) Plaintiffs' motion is GRANTED as to Defendant the City of Fresno in  that Plaintiffs will establish a violation of equal protection under the Fourteenth Amendment by demonstrating at trial that homeless persons' personal property was seized and immediately destroyed while the personal property of others outside the class was not;

(4) Plaintiffs' motion is GRANTED as to Defendant the City of Fresno in that California Civil Code § 2080.2 is determined to provide a private right of action against Defendant the City of Fresno;

(5) Plaintiffs' motion is DENIED in all other respects.

**IT IS SO ORDERED.**

**Dated: May 19, 2008**          /s/ OLIVER W. WANGER
                          **UNITED STATES DISTRICT JUDGE**
                          **EASTERN DISTRICT OF CALIFORNIA**

2
[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com