1   BRUCE A. BEHRENS, Chief Counsel
    THOMAS C. FELLENZ, Deputy Chief Counsel
2   RONALD W. BEALS, Assistant Chief Counsel
    DAVID P. HARRIS, (Bar No. 158511)
3   MATTHEW B. GEORGE (Bar No. 210032)
    NAVTEJ S. BASSI (Bar No. 188406)
4   1120 N Street (MS 57) P.O. Box 1438
    Sacramento, California 95812-1438
5   Telephone: (916) 654-2630
    Facsimile: (916) 654-6128
6   david.harris@dot.ca.gov

7   Attorneys for Defendants Will Kempton, James Province, and Daryl Glenn

8

        **UNITED STATES DISTRICT COURT**
9
    **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
10

11
    PAMELA KINCAID, etc., et al.,          )   **Case No.: 1:06-CV-01445-OWW-SMS**
12                                         )
                                           )   **ORDER:**
13                                         )
            Plaintiffs,                    )       **(1) DENYING DEFENDANT WILL**
14                                         )           **KEMPTON'S MOTION FOR**
                                           )           **SUMMARY JUDGMENT;**
15                                         )
        vs.                                )       **(2) DENYING PLAINTIFFS'**
16                                         )           **MOTION FOR SUMMARY**
                                           )           **JUDGMENT AS TO**
17                                         )           **DEFENDANTS JAMES**
    CITY OF FRESNO, et al.,                )           **PROVINCE AND DARYL**
18                                         )           **GLENN;**
                                           )
19                                         )       **AND**
            Defendants.                    )
20                                         )       **(3) GRANTING DEFENDANTS**
                                           )           **JAMES  PROVINCE AND**
21                                         )           **DARYL GLENN'S MOTION**
                                           )           **FOR SUMMARY JUDGMENT**
22                                         )           **AS TO THE STATE LAW**
                                           )           **CLAIMS FOR DAMAGES**
23                                         )           **ASSERTED AGAINST THEM**
                                           )           **AND DENYING THE MOTION**
24                                         )           **ON ALL OTHER GROUNDS.**
                                           )
25  _____       )

26          On April 25, 2008, before U. S. District Court Judge, the Hon. Oliver W. Wanger, the

27  following motions were heard:

28
            1.      Defendant Will Kempton's motion for summary judgment;

                                           -1-
                                          ORDER

PDF created with pdfFactory trial version www.pdffactory.com

2.      Plaintiffs' motion for summary judgment as to liability against Defendants James Province and Daryl Glenn; and

3.      Defendants Province and Glenn's motion for summary judgment.

Plaintiffs were represented by Paul Alexander and others, City Defendants were represented by James Rubin, and Defendants Kempton, Province, and Glenn were represented by David P. Harris.

Following presentation of oral argument, and after the Court's consideration of all oral and written evidence and argument present, the Court, finding good cause therefor, hereby orders as set forth below.

IT IS HEREBY ORDERED that:

A. Defendant Kempton's motion for summary judgment is DENIED;

B. Plaintiffs' motion for summary judgment against Defendants Province and Glenn is DENIED;

C. Defendants Province and Glenn's motion for summary judgment is GRANTED as to the state law claims for damages asserted against them, specifically, the fifth, sixth, seventh, and eighth claims for relief in the Second Amended Complaint on file herein; AND

D. Defendants Province and Glenn's motion for summary judgment is DENIED on all other grounds.


IT IS SO ORDERED.

DATED:  May 19, 2008


                /s/ OLIVER W. WANGER
                OLIVER W. WANGER
                U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com