HELLER EHRMAN LLP
PAUL ALEXANDER (SBN: 49997)
MELYSSA E. MINAMOTO (SBN: 245458)
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: paul.alexander@hellerehrman.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN: 161074)
ELISA DELLA-PIANA (SBN: 226462)
131 Steuart Street
San Francisco, CA  94105
Telephone:  (415) 543-9444
Facsimile:  (415) 543-0296
E-mail:  osellstrom@lccr.com

ACLU OF NORTHERN CALIFORNIA
ALAN SCHLOSSER (SBN: 49957)
MICHAEL T. RISHER (SBN: 191627)
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
E-mail:  mrisher@aclunc.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA:

FRESNO DIVISION

| | |
|---|---|
| Pamela Kincaid, Doug Deatherage, Charlene Clay, Cynthia Greene, Joanna Garcia, and Randy Johnson, Individually on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, Will Kempton, James Province, and Daryl Glenn, individually and in their official capacities;  DOES 1-100, inclusive,<br><br>Defendants. | Civil No.: 1:06-cv-01445-OWW-SMS<br><br>**STIPULATION AND MODIFICATION TO PRETRIAL CONFERENCE ORDER** |

1  IT IS HEREBY STIPULATED by and between Plaintiffs, Defendants City of
2  Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, and Phillip
3  Weathers (collectively the "City Defendants"), and Defendants Will Kempton, James
4  Province and Daryl Glenn (collectively the "Caltrans Defendants"), through their respective
5  attorneys of record that the Pretrial Conference Order in this case shall be amended in the
6  following respects only:

7  1. The parties will file any in limine motions on June 5, 2008, and the hearing on
8  these motions will be held on June 9, 2008.

9  2. The parties will file their Joint Neutral Statement of the Case on June 6, 2008.

10  3. The parties will hold their Exhibit Marking Conference on June 6, 2008.

11  4. The parties will file their Joint Exhibit List on June 6, 2008.

12  5. The parties will file any objections to the proposed exhibits on June 6, 2008.

13  6. The parties will file any designations of deposition testimony that they intend
14  to use in lieu of calling the witness at trial on June 6, 2008.

15  7. The parties shall identify any supplemental witnesses in a Supplemental
16  Witness List filed on June 6, 2008.

17  8. The parties may file their Trial Briefs on June 6, 2008.

18  9. The parties will file their proposed voir dire questions on June 6, 2008.

19  10. Plaintiffs' Opposition to the City Defendants' Motion to Withdraw the
20  Preliminary Injunction shall be filed on June 5, 2008, and that the hearing on this motion
21  shall be held on June 9, 2008, (crossed out by Judge Wanger - or June 10, 2008) **at a time**
22  **to be determined - insert by Judge Wanger**, subject to the Court's convenience. The City
23  Defendants further waive their right to submit reply papers in support of their motion.

24  In all other respects, the Court's Pretrial Order remains in effect absent further
25  Order of the Court.

26

27  Dated: May 23, 2008            HELLER EHRMAN LLP,
                                   LAWYERS' COMMITTEE FOR CIVIL RIGHTS,
28

Heller Ehrman LLP

ACLU FOUNDATION OF NORTHERN CALIFORNIA


By /s/ Paul Alexander
   Paul Alexander
   Attorneys for Plaintiffs


Dated: May 23, 2008           BETTS & WRIGHT, A Professional Corporation


By /s/ James B. Betts
   James B. Betts
   Attorneys for Defendants City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, and Phillip Weathers

Dated: May 23, 2008

By /s/ David P. Harris
   David P. Harris
   Attorneys for Defendants Will Kempton, James Province and Daryl Glenn


IT IS SO ORDERED.


Dated:    5/22/2008              /s/ Oliver W. Wanger
                                 Honorable Oliver W. Wanger

3

PDF created with pdfFactory trial version www.pdffactory.com