UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KINCAID, DOUG DEATHERAGE, CHARLENE CLAY, CYNTHIA GREENE, JOANNA GARCIA, AND RANDY JOHNSON, INDIVIDUALLY ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF FRESNO, CALIFORNIA DEPARTMENT OF TRANSPORTATION, ALAN AUTRY, JERRY DYER, GREG GARNER, REYNAUD WALLACE, JOHN ROGERS, PHILLIP WEATHERS AND WILL KEMPTON, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES; DOES 1-100, INCLUSIVE,<br><br>        Defendants. | 1:06-cv-1445 OWW<br><br>CLASS ACTION<br><br>ORDER TO SHOW CAUSE WHY ALL PROCEEDINGS REGARDING SETTLEMENT SHOULD NOT BE TERMINATED AND FOR PERSONAL APPEARANCE OF INDIVIDUAL DEFENDANT ALAN AUTRY<br><br>Hearing Date: 6/10/08<br>Time: 10:00 a.m.<br>Courtroom: 3 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

TO DEFENDANT, ALAN AUTRY, AND HIS ATTORNEY OF RECORD:

The City of Fresno and the individual Defendants Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, and Phillip Weathers and all remaining parties to this case shall show cause, if any they have, at the hour of 10:00 a.m. on June 10, 2008, in Courtroom 3 of this Court, why all settlement

1

proceedings in this case should not be terminated and why the case should not proceed to jury trial on June 17, 2008, to preserve the previously scheduled trial date of June 10, 2008.

Individual Defendant Alan Autry shall appear on June 10, 2008, at 10:00 a.m. in Courtroom 3 of the United States District Court at 2500 Tulare Street, Fresno, California 93721, with his attorney of record.

On June 6, 2008, at 10:15 a.m., the parties in this case appeared and requested the Court's preliminary approval of the settlement agreements reached between Plaintiffs and Plaintiff Class and Defendant City of Fresno, and the individual Defendants above-named and individual Defendants Will Kempton, James Province, and Daryl Glenn, individually, and in their official capacities as officers and/or agents of the California Department of Transportation.

On the representations of the parties and their joint motion heard on June 6, 2008, the Court tentatively decided to grant preliminary approval of the two settlement agreements between Plaintiffs and the Plaintiff class and Defendants City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, and Phillip Weathers, and the Caltrans Defendants, Will Kempton, James Province, and Daryl Glenn, subject to entry of a written order.

Later, on June 6, 2008, the Mayor of the City of Fresno, Alan Autry, issued the following public statement:

> The City of Fresno will comply with the Court's order and look forward to continuing our ten year plan to end chronic homelessness. However, this white collar exploitation of the homeless by the court and the lawyers is unconscionable. I am calling upon the ACLU

|   |   |
|---|---|
| 1 | and Judge Wanger to require half of the exorbitant lawyer fees of $750,000.00 to be donated to homeless programs. |
| 2 | |

Previous public statements by City Officials, including City Councilmember Mike Dages, were to the effect that "Councilmember Dages did not like the settlement."

"Exploitation" means "unethical utilization for selfish purposes." The word "exploit" means "to use selfishly for one's own ends." The term exploitation is defined as "use or utilization esp. for profit; selfish utilization." Webster's Unabridged Dictionary 2d ed. (1999) p. 682. "Exploit" means "to make unethical use of for one's own advantage or profit; turn selfishly or unfairly to one's own account; hence." Webster's New World Dictionary of the American Language (College Ed. 1957).

The Mayor and City Councilmember statements have wrongfully suggested that the Court has "ordered" a settlement and the Court has exploited the homeless.

1.  The publically issued statements of Defendant Alan Autry, the Mayor and Chief Executive Officer of the City of Fresno, call into question the good faith of the City Defendants in entering into a settlement;

2.  The public statements of the Mayor and City Councilmember of the City of Fresno call into question whether in fact a complete settlement agreement has been reached and whether each and every Defendant who has entered into that agreement intends to perform it;

3.  Public statements have been issued accusing the Court of wrongdoing, challenging the integrity of the United States Court, and bringing the Court into disrepute;

3

4.   The City's statements and conduct have evinced public disrespect for a coordinate branch of government, the federal judiciary;

5.   The assigned Judge had no role in the settlement before it was presented in open court for preliminary approval.  It is the parties who reached settlement agreements;

6.   Under the totality of the circumstances where a long term settlement agreement calls for performance in good faith and obedience to the law, with which the City clearly continues to disagree, as evidenced by counsel's statement at the preliminary settlement approval hearing on June 6, 2008, to the effect the City conceded nothing, a substantial question is raised whether the Court can make a finding that the settlement is fair, adequate, and reasonable in view of the publically stated position by the Mayor of the City.

IT IS ORDERED:

1.   That all parties shall show cause, if any they have, why the Court should not rescind its oral tentative decision preliminarily approving the settlement;

2.   Reinstating the trial date for June 17, 2008, at 9:00 a.m. in Courtroom 3;

3.   Individual Defendant, Alan Autry, shall, on June 10, 2008, provide evidence as to any basis in fact or in law to support his statement that the Court has exploited the homeless.

4.   This matter shall be heard on June 10, 2008, at 10:00 a.m. in Courtroom 3 of the United States District Courthouse at

///

///

1  2500 Tulare Street, Fresno, California 93721.

3  SO ORDERED.

5  DATED:   June 9, 2008.

```
                                    /s/ Oliver W. Wanger
                                      Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE
```