HOWREY LLP
PAUL ALEXANDER (SBN 49997)
1950 University Ave., 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
E-mail: alexanderp@howrey.com

HELLER EHRMAN LLP
ROBERT B. HAWK (SBN 118054)
MELYSSA E. MINAMOTO (SBN 245458)
ERIC LLOYD (SBN 254390)
275 Middlefield Rd.
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: robert.hawk@hellerehrman.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN 161074)
ELISA DELLA-PIANA (SBN 226462)
131 Steuart Street
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
E-mail: osellstrom@lccr.com

ACLU OF NORTHERN CALIFORNIA
ALAN L. SCHLOSSER (SBN 49957)
MICHAEL T. RISHER (SBN 191627)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
E-mail: mrisher@aclunc.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA: FRESNO DIVISION

| | |
|---|---|
| Pamela Kincaid, Doug Deatherage, Charlene Clay, Cynthia Greene, Joanna Garcia, Randy Johnson, Sandra Thomas, Alphonso Williams, and Jeannine Nelson, Individually on Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintiff,<br>     v.<br><br>City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, Will Kempton, James Province, Daryl Glenn, Individually and in Their Official Capacities; DOES 1-100, inclusive,<br><br>                              Defendant. | Civil Action No.: 06-CV-1445-OWW<br><br><u>CLASS ACTION</u><br><br><br>**ORDER PRELIMINARILY APPROVING SETTLEMENT AGREEMENTS, SETTLEMENT PLAN, NOTICE AND NOTICE PROCEDURE** |

WHEREAS the Plaintiffs Pamela Kincaid, Doug Deatherage, Charlene Clay, Cynthia Greene, Joanna Garcia, Randy Johnson, Sandra Thomas, Alphonso Williams, and Jeannine Nelson, on behalf of themselves and each Plaintiff Settlement Class Member (as defined herein), by and through their counsel of record, have asserted claims for damages and injunctive relief against the City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers (collectively the "City Defendants"), Will Kempton, James Province and Daryl Glenn (collectively the "Caltrans Defendants"), alleging violations of federal and state constitutional rights as well as violations of applicable state law;

WHEREAS the Plaintiffs and the City Defendants and the Caltrans Defendants, respectively entered into separate settlement agreements which have been filed with the Court;

WHEREAS the Plaintiffs have filed with the Court a Motion for Preliminary Approval of the Settlement Agreement, together with supporting documents, which includes a Settlement Plan for providing notice of the Settlement Agreements to the Class, a plan for administering the settlement, if finally approved, and a claim form;

WHEREAS the Court has considered the Settlement Agreement between the Plaintiffs and the City Defendants, the Settlement Agreement between the Plaintiffs and the Caltrans Defendants, the proposed Notice Plan, the claim form and the pleadings and documents submitted in connection with the parties' request for preliminary approval of the Settlement Agreement, and good cause appearing therefore;

WHEREAS, the Court held a further hearing on June 10, 2008, at which each of the City Defendants formally in open Court agreed to the Settlement Agreement with the City Defendants.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.  This Court has jurisdiction over this Litigation and each of the parties to the Settlement Agreement.

2.  The Court preliminarily finds that Settlement Agreement with the City Defendants, the Settlement Agreement with the Caltrans Defendants, and the Settlement Plan incorporated in

1

those Settlement Agreements, are fair, reasonable and adequate and in the best interests of the members of the Plaintiff Class.

3. The Court preliminarily finds that both the Settlement Agreements and the Settlement Plan appear to have resulted from arms-length negotiations by and among counsel who were reasonably skilled and prepared and who represented the best interests of their respective clients in negotiating the Settlement Agreement and the Settlement Plan.  Further, it appears that the settlement negotiations took place in a mediation session supervised by Magistrate Judge Snyder, which provides the Court with further assurance that the negotiations leading to the Settlement Agreements and Settlement Plan were good faith, arms-length negotiations, taking into consideration the risks of trial, the potential recovery, and all other relevant factors leading to the Settlement Agreements.

4. The Court preliminarily finds that the incentive payment of $1,000 for each of the eight named plaintiffs who have served as class representatives,  in addition to any other consideration they may receive under the Settlement Agreements, is fair and reasonable, in light of the numerous court hearings that the class representatives have attended, their attendance at numerous meetings with Class counsel, their personal efforts to give notice of the lawsuit and information about the lawsuit to potential class members, and their personal efforts on behalf of the class.

4. The Court preliminarily finds that the attorneys fees and costs provisions in the Settlement Agreement with the City Defendants were reached after the primary terms of that settlement were reached and were also the product of arms-length and good faith negotiations near the end of the mediation session supervised by Magistrate Judge Snyder.  The attorneys fees and costs provisions appear to take into consideration the right of counsel for the Class to seek an award of fees that could well be substantially higher than the amount agreed do, the risks of trial, and all other relevant factors.  The attorneys fees and costs are paid as additional consideration and are not taken from the consideration paid to the Class.

5. The Court further finds that the form and content of the proposed Notice attached hereto as Exhibit A and the Claim Form attached hereto as Exhibit B comply with the requirements

of Federal Rule of Civil Procedure 23 and satisfy due process.  The Court approves the Notice and and the Claim Form and hereby orders that the Notice and the Claim Form be distributed and published to class members beginning on or before June 15, 2008 and completed as soon as practicable, with the goal of completing the distribution of the Notice and Claim for by July 15, 2008.  The costs of the notice will be advanced by counsel and shall be recoverable out of the costs provided for in the City Settlement.  The distribution and publication of the Notice and Claim Form shall be accomplished in the following manner:

    (a)    The Class Representatives shall make a reasonable and diligent effort to provide the Notice and Claim Form to potential class members at shelters or places where homeless people who may be potential class members are generally known by them to be located;

    (b)    Plaintiffs shall provide copies of the Notice and Claim Form to the St. Benedict Catholic Worker, the Poverello House, Naomi's House, the Fresno Rescue Mission, Central California Legal Service, California Rural Legal Services, and Marjoree Mason Center for distribution to homeless persons who come into contact with those organizations;

    (c)    Plaintiffs shall publish the Notice in the Community Alliance, a free newspaper that is generally distributed to and read by homeless persons, among others, which will provide instructions on how to obtain copies of the Claim Form; and

    (d)    To the extent that Class Members have a known mailing address, Plaintiffs shall mail the Notice and Claim Form to that known address by first class mail.

**WHEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Settlement Agreement with the City Defendants, the Settlement Agreement with the Caltrans Defendants, and the Settlement Plan incorporated therein are hereby ordered preliminarily approved as fair, reasonable,  and in the best interests of the Class.

2. The form of Notice and Claim Form attached hereto as Exhibit A and Exhibit B, respectively, are hereby approved and counsel for the Class are hereby ordered to proceed with that Notice in accordance with the provisions of paragraph 5 (a) through (d) above.

3. A hearing is hereby scheduled for July 25, 2008 at 3:00 p.m. in Courtroom 3, Fresno

Federal Courthouse, 2500 Tulare Street, Fresno, California, to consider whether this Court should grant Final Approval of the Settlement Agreement with the City Defendants, the Settlement Agreement with the Caltrans Defendants, and the Settlement Plan incorporated therein, pursuant to Federal Rule 23(e) and any objection to any of he foregoing that may be filed either before or at the time of the hearing.  At this hearing, the Court will consider and decide: (a) the fairness, reasonableness and adequacy of each of the Settlement Agreements; (b) whether the Settlement Plan should be approved; (c) the reasonableness of the attorneys' fees and costs to be paid by the City Defendants as agreed in the Settlement Agreement with the City Defendants; and (d) whether to enter a Final Approval Order and Judgment.

Dated this 13th day of June, 2008.

/s/ OLIVER W. WANGER
    Hon. Oliver W. Wanger
    United States District Judge