1  HOWREY LLP
   PAUL ALEXANDER (SBN 49997)
2  1950 University Ave., 4th Floor
   East Palo Alto, CA 94303
3  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
4  E-mail: alexanderp@howrey.com

5  HELLER EHRMAN LLP
   ROBERT B. HAWK (SBN 118054)
   MELYSSA E. MINAMOTO (SBN 245458)
6  ERIC LLOYD (SBN 254390)
   275 Middlefield Rd.
7  Menlo Park, CA 94025-3506
   Telephone: (650) 324-7000
8  Facsimile: (650) 324-0638
   E-mail: robert.hawk@hellerehrman.com

9  LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OREN SELLSTROM (SBN 161074)
10 ELISA DELLA-PIANA (SBN 226462)
   131 Steuart Street
11 San Francisco, CA 94105
   Telephone: (415) 543-9444
12 Facsimile: (415) 543-0296
   E-mail: osellstrom@lccr.com
13
   ACLU OF NORTHERN CALIFORNIA
14 ALAN L. SCHLOSSER (SBN 49957)
   MICHAEL T. RISHER (SBN 191627)
15 39 Drumm Street
   San Francisco, CA 94111
16 Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
17 E-mail: mrisher@aclunc.org

                    UNITED STATES DISTRICT COURT
18

19            EASTERN DISTRICT OF CALIFORNIA: FRESNO DIVISION

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT
CIVIL ACTION NO. 06-CV-1455-OWW
DM_US:21369882_1

| | |
|---|---|
| Pamela Kincaid, Doug Deatherage, Charlene Clay, Cynthia Greene, Joanna Garcia, Randy Johnson, Sandra Thomas, Alphonso Williams, and Jeannine Nelson, Individually on Behalf of Themselves and All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>          v.<br><br>City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, Will Kempton, James Province, Daryl Glenn, Individually and in Their Official Capacities; DOES 1-100, inclusive,<br><br>                                        Defendant. | Civil Action No.: 06-CV-1445-OWW<br><br>CLASS ACTION<br><br><br>**JUDGMENT UPON APPROVAL OF SETTLEMENT AND ORDER FOR ENTRY OF JUDGMENT** |

2

This Court having considered the Settlement Agreement with defendants City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, Phillip Weathers, and the Settlement Agreement with defendants Will Kempton, James, Province, and Daryl Glenn, and the Settlement Plan incorporated therein, all of which were submitted to the Court on July 25, 2008 and having determined that the Settlement Agreements and the Settlement Plan  should be approved as fair, reasonable and adequate under the provisions of Federal Rule 23(e), at the hearing on Plaintiffs' Motion For Final Approval Of Settlement on July 25, 2008, and having issued its Final Order Approving Settlement on July 25, 2008, and good cause appearing,

IT IS HEREBY ADJUDGED AND DECREED AS FOLLOWS:

1. The terms of the Final Order Approving Settlement, a copy of which is attached hereto, is hereby determined to be the Judgment of this Court.

2.  There being no cause for delay, the Clerk of the Court is hereby directed to enter this Judgment immediately, with the further provision that it be deemed effective as of July 25, 2008.


Dated this 29th day of  July, 2008.




/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Judge