HOWREY LLP
PAUL ALEXANDER (SBN 49997)
1950 University Ave., 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
E-mail: alexanderp@howrey.com

HELLER EHRMAN LLP
ROBERT B. HAWK (SBN 118054)
MELYSSA E. MINAMOTO (SBN 245458)
ERIC LLOYD (SBN 254390)
275 Middlefield Rd.
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: robert.hawk@hellerehrman.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OREN SELLSTROM (SBN 161074)
ELISA DELLA-PIANA (SBN 226462)
131 Steuart Street
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
E-mail: osellstrom@lccr.com

ACLU OF NORTHERN CALIFORNIA
ALAN L. SCHLOSSER (SBN 49957)
MICHAEL T. RISHER (SBN 191627)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
E-mail: mrisher@aclunc.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA: FRESNO DIVISION

[PROPOSED] JUDGMENT
CIVIL ACTION NO. 06-CV-1455-OWW
DM_US:21369882_1

| | |
|---|---|
| Pamela Kincaid, Doug Deatherage, Charlene Clay, Cynthia Greene, Joanna Garcia, Randy Johnson, Sandra Thomas, Alphonso Williams, and Jeannine Nelson, Individually on Behalf of Themselves and All Others Similarly Situated,<br><br>                                       Plaintiff,<br>   v.<br><br>City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, John Rogers, Phillip Weathers, Will Kempton, James Province, Daryl Glenn, Individually and in Their Official Capacities; DOES 1-100, inclusive,<br><br>                                       Defendant. | Civil Action No.: 06-CV-1445-OWW<br><br><u>CLASS ACTION</u><br><br>**JUDGMENT UPON APPROVAL OF SETTLEMENT AND ORDER FOR ENTRY OF JUDGMENT** |

2

This Court having considered the Settlement Agreement with defendants City of Fresno, Alan Autry, Jerry Dyer, Greg Garner, Reynaud Wallace, Phillip Weathers, and the Settlement Agreement with defendants Will Kempton, James, Province, and Daryl Glenn, and the Settlement Plan incorporated therein, all of which were submitted to the Court on July 25, 2008 and having determined that the Settlement Agreements and the Settlement Plan should be approved as fair, reasonable and adequate under the provisions of Federal Rule 23(e), at the hearing on Plaintiffs' Motion For Final Approval Of Settlement on July 25, 2008, and having issued its Final Order Approving Settlement on July 25, 2008, and good cause appearing,

IT IS HEREBY ADJUDGED AND DECREED AS FOLLOWS:

1. The terms of the Final Order Approving Settlement, a copy of which is attached hereto, is hereby determined to be the Judgment of this Court.

2. There being no cause for delay, the Clerk of the Court is hereby directed to enter this Judgment immediately, with the further provision that it be deemed effective as of July 25, 2008.

Dated this 29th day of July, 2008.

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Judge