# Fourth Report of Settlement Administrator

## *Kincaid v. City of Fresno*

July 21, 2010

Following the approval of the *Kincaid Settlement Agreement* by the Court on July 25, 2008 the Settlement Administrator began administering the settlement in accordance with the terms of both the Settlement Agreement and the Settlement Plan. Pursuant to the Plan, this report is the Fourth Report of the Settlement Administrator.

The first report covered the period from the inception of the administration of the settlement through October 31, 2008. The disbursement of benefits to class members began on October 2, 2008 (other than the *Incentive Payments to Class Representatives Pursuant to Court Order* that were paid on August 21).

The first report provided an overview of the process used to evaluate claims, which included individually scheduled interviews with claimants, consultation with others knowledgeable about homeless in Fresno, and interviews with landlords (to confirm homeless status during the class period). It also reported the final assignment of claimants to Levels 1-5 or disqualification and provided a calculation of settlement payments. The first report also provided details regarding the first month of payments to class members, which amounted to more than $0.5 million.

The second report provided an overview of the disbursement of settlement payments. It reported on the safety measures taken to protect class members in the disbursement of payments from the Kincaid Cash Fund account. The report also provided an overview of disbursements from the Kincaid Living Allowance Fund account by category, with rent, transportation, and household items being the top three categories.

The third report, provided a summary of income and disbursements from August 2008 through September 30, 2009 and reflections of the Settlement Administrator.

This fourth report provides a summary of income and disbursements from October 1, 2009 through March 31, 2010 and reflections of the Settlement Administrator.

Administrative Costs
Although the settlement provides that administrative costs may be up to 3.0% of the total in the Cash Fund and Living Allowance Fund, the Settlement Administrator has donated 100% of her time. There were *no administrative costs* for the six-month period ending March 31, 2010. Administrative costs to date represent less than 0.3% of the total funds.

New Accounts Added
As class members continued to finish using their living allowance and cash awards, disbursement activity dropped; disbursements dropped significantly by the end of summer 2009. Class members have until August 20, 2011 to claim their settlement funds, however.

Due to the reduction in account activity, the Settlement Administrator placed half of the Living Allowance funds and Cash funds in money market accounts linked to the parent accounts

(#1412663, Kincaid vs. Fresno Living Allowance Funds account; #1412671, Kincaid vs. Fresno The Cash Fund account). These accounts were created at United Security Bank on October 16, 2009. Interest from these accounts is reported in the summary of income and distributions below.

## Summary of Income and Distributions

Accounting records from October 1, 2009 through March 31, 2010 were reviewed and summarized. That summary is reported here:

| | |
|---|---:|
| **Income** | |
| Kincaid Cash Fund | $ 32,495.51 |
| Kincaid Living Allowance Fund | 130,593.66 |
| Interest Income | 245.05 |
| Total | $163,334.22 |
| **Distributions** | |
| Level 1 Class Members | $ 689.85 |
| Level 2 Class Members | 1,379.71 |
| Level 3 Class Members | 9,320.69 |
| Level 4 Class Members | 14,467.49 |
| Level 5 Class Members | 15,225.12 |
| Administrative Costs | 0.00 |
| Property in Kincaid accounts, 3/31/2010 | 122,251.36 |
| Total | $163,334.22 |

## Reflections of the Settlement Administrator

As Settlement Administrator for *Kincaid v. The City of Fresno*, my main goal has been to facilitate the empowerment of each individual awarded cash and life allotment funds in the Settlement to help ensure for them a better quality of life and a hope for the future. Along the way in this process, there have been successful facilitations and less than successful ones. Nonetheless, the goal remains the same—to help each individual make decisions that are in their best interest and to help them navigate a better quality of life using their Settlement funds.

An example of a successful facilitation happened with "Ryan," a Level 4 class member. Ryan received both a cash award of $2,069.56 and a life allotment fund of $10,255.41. When I first saw Ryan, he was all over the map with plans for what to do with his award. As a pastoral counselor having interviewed Ryan during the Settlement application process and also knowing him for several years through my work with the St. Benedict Catholic Worker, I was aware of his addiction issue (alcohol), his mental health challenges (mood and anxiety disorders), and his limited intellectual capacity. Despite Ryan's challenges and limitations, I hoped that Ryan and I could work together to secure for Ryan a better quality of life with the money he received in the Settlement.

Ryan was (at first) like a kid in a candy store--wanting a car (his license had been revoked because of a number of DUIs) and big ticket electronics (he lives in a single-room-occupancy hotel in a high crime area), and seeking to become a college student (tuition, room, and board for a community college on the coast). It was my job to help Ryan look at his *wants*, help him discern his *needs*, and facilitate for him the best way his award could be used for the better life he wanted to live.

I met with Ryan weekly beginning in September of 2008. Ryan continued to be seen on a regular basis as the Settlement office hours moved from weekly, to bi-weekly, to once a month. Ryan also called me frequently to discuss ways he wanted to use the money awarded him. Within that framework, Ryan's voice became stronger, more certain, and more in line with what he saw as his life plans. Ryan was able to have his license reinstated (a long and costly process), but saw that although he had funds for a car, it was more economically feasible to get a bike and a bus pass. He scaled down his desire for expensive electronics and instead purchased household goods (a microwave, toaster oven, furniture, etc.) for his place that he rented. He paid his phone bill and other life necessities. Ryan was also able to pay two year's rent on his place. Ryan did end up buying a nice, modestly priced TV/DVD so that he and his girlfriend could, as he put it "go to the movies." As for his college plans, Ryan is looking into Fresno Adult School and will be using his award for courses he decides to take that include the cost of materials and supplies as he pursues the offerings that best match-up with his interests.

Ryan had come to claim his settlement award with some challenging expectations about what he could do with his award. Working with Ryan for his best interest taught both of us one of the key lessons of this Settlement—that it is not about the money, but about the desire in every human heart to be treated as a person and to have their aspirations and dreams for a better life respected and facilitated into possibilities that they can realistically obtain. *Kincaid v. The City of Fresno* helped Ryan in that regard and continues to nurture those seeds of hope in all who are a part of the Settlement.

Dated this 21st day of July, 2010.

for Liza Apper
Settlement Administrator